UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HECTOR MEDINA,

                Petitioner,                      19-cv-10724 (PKC)
                                                                        15-cr-778 (PKC)

          -against-                                  <u>ORDER</u>

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       For good cause shown, the Court Orders that documents filed as Documents 1-13 under 19 cv 10724(PKC) and Documents 170, 171, 182, 183, 184, 187, 192, 215, 229 and 233 in 15 cr 778(PKC) be sealed by the Clerk and removed from public view.

       SO ORDERED.

                                                        P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
          February 17, 2021